US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

MAY 14 2014

CHRIS R. JOHNSON, Clerk
By
　　　　Deputy Clerk

US DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JAMES LLOYD　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF

vs.　　　　　　　　　Case No. 14-1027

CLEAN HARBORS EL DORADO, LLC　　　　　　　　　　　　　DEFENDANT

### NOTICE OF REMOVAL

COMES Clean Harbors El Dorado, LLC and for its Notice of Removal of this action from the Circuit Court of Union County, Arkansas to United States District Court for the Western District of Arkansas, El Dorado Division, state:

1. This action was commenced April 10, 2014 when Plaintiff filed his Complaint in the Circuit Court of Union County, Arkansas.

2. This action is pending in Union County Circuit Case No. CV2014-0102-6 captioned James Lloyd vs. Clean Harbors El Dorado, LLC.

3. Plaintiff purportedly served Defendant with Summons and Complaint on April 15, 2014. This Notice of Removal is timely filed under 28 USC § 1446B having been filed within 30 days of Defendant's receipt of Summons and Complaint. Plaintiff James Lloyd is a citizen and resident of Farmerville, Union Parish, Louisiana. Defendant Clean Harbors El Dorado, LLC is a foreign limited liability company whose charter was filed in the state of Delaware and is therefore a citizen of the state of Delaware.

4. There is complete diversity of citizenship between Plaintiff and Defendant.

5. The amount in controversy exceeds $75,000 exclusive of interest and costs.

6. This Court has original jurisdiction over this action under 28 USC § 1322.

7. This Court is the appropriate Court for removal of this action under 28 USC § 1446(a).

8. Copies of all pleadings filed and served to date in the Circuit Court of Union County, Arkansas are attached to this Notice of Removal.

9. A copy of this Notice of Removal will be filed forthwith in the Circuit Court of Union County, Arkansas.

10. All procedural requisites to removal have been met. Accordingly, removal to this Court under 28 USC § 1441 is proper and effective hereby.

WHEREFORE, Defendant Clean Harbors El Dorado, LLC gives Notice of Removal of this action to this Court and respectfully requests that this Court grant it all just and proper relief.

Respectfully submitted,

BARBER, MCCASKILL, JONES & HALE, P.A.
2700 Regions Center
400 W. Capitol Avenue
Little Rock, AR 72201
501-372-6175

By: _____
John S. Cherry, Jr. #66012

By: _____
Perry L. Wilson #00017

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I, John S. Cherry, Jr., hereby state that I have served a copy of the above pleading to the following on the _13_ day of May, 2014, via email and U.S. Mail.

matt@southarklegal.com
F. Mattison Thomas, III
103 E. Main, Suite D
El Dorado, AR  71730

_____
John S. Cherry, Jr.

# CT Corporation

**Service of Process Transmittal**
04/15/2014
CT Log Number 524777043

**TO:** Michael McDonald
Clean Harbors, Inc.
42 Longwater Drive
Norwell, MA 02061-9149

**RE:** **Process Served in Arkansas**

**FOR:** Clean Harbors El Dorado, LLC (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | James Lloyd, Pltf. vs. Clean Harbors El Dorado, LLC, Dft. |
| **DOCUMENT(S) SERVED:** | Letter, Summons, Proof of Service, Complaint |
| **COURT/AGENCY:** | Union County Circuit Court, AR<br>Case # CV201401026 |
| **NATURE OF ACTION:** | Employee Litigation - Personal Injury - On or about 10/12/2013 |
| **ON WHOM PROCESS WAS SERVED:** | CT Corporation System, Little Rock, AR |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 04/15/2014 postmarked: "Not Post Marked" |
| **JURISDICTION SERVED:** | Arkansas |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days, not counting the day of receipt |
| **ATTORNEY(S) / SENDER(S):** | F. Mattison Thomas, III<br>Attorney at Law<br>103 East Main<br>Suite D<br>El Dorado, AR 71730<br>870-881-8468 |
| **ACTION ITEMS:** | CT will retain the current log<br>Image SOP<br>Email Notification, Michael McDonald mcdonaldm@cleanharbors.com<br>Email Notification, Brad Carl brad.carl@safety-kleen.com<br>Email Notification, Lisa Young young.lisa@cleanharbors.com<br>Email Notification, Allison Richman richman.allison@cleanharbors.com |
| **SIGNED:** | CT Corporation System |
| **PER:** | Amy McLaren |
| **ADDRESS:** | 124 West Capitol Avenue<br>Suite 1900<br>Little Rock, AR 72201-3736 |
| **TELEPHONE:** | 800-592-9023 |

Page 1 of 1 / RR

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

F. Mattison Thomas, III
Attorney at Law
103 East Main, Suite D
El Dorado, AR 71730

7011 2970 0002 9175 9389

RESTRICTED DELIVERY

Clean Harbors El Dorado LLC
c/o The Corporation Company
124 West Capitol Avenue
Suite 1900
Little Rock, AR 72201



$5.80 US POSTAGE PRIORITY
071V0074 71730 000010446

$5.80 US POSTAGE PRIORITY
071V007 71730 000010445

$0.34 US POSTAGE FIRST-C
071V007 71730 000010449

72201371775

**F. Mattison Thomas, III**

**Attorney at Law**

103 East Main, Suite D
El Dorado, Arkansas 71730
Email: matt@southarklegal.com

Telephone: 870-881-8468                                    Facsimile: 870-881-8416

April 9, 2014

**Certified Mail 7011 2970 0002 9175 9389**
**Return Receipt Requested / Restricted Delivery**

Clean Harbors El Dorado, LLC
The Corporation Company
124 West Capitol Avenue
Suite 1900
Little Rock, AR 72201

      Re:    James Lloyd v. Clean Harbors El Dorado, LLC
               Union County CV 2014-

Dear Sirs:

    Please be advised that I represent James Lloyd in the above captioned matter. You will find attached a summons issued to you with a copy of the Complaint filed against you. Your receipt of this letter with summons and complaint constitutes service of process.

    You have thirty (30) days after receipt of this letter to file an answer or other appropriate pleading in this cause of action; otherwise, a default judgment may be taken against you as prayed for in the petition.

    You are certainly free and advised to consult an attorney regarding this matter and the enclosed documents.

    If you have any questions or comments, please do not hesitate to contact me.

Very truly yours,

F. Mattison Thomas, III

FMTIII/ht
Attachment
cc: James Lloyd

## IN THE CIRCUIT COURT OF UNION COUNTY, ARKANSAS
## CIVIL DIVISION

### SUMMONS

**JAMES LLOYD**                                                                                         **PLAINTIFF**

vs.                           CV 2014-__0102-6__

**CLEAN HARBORS EL DORADO, LLC**                                                **DEFENDANT**

To the above named Defendant:    CLEAN HARBORS EL DORADO, LLC
c/o THE CORPORATION COMPANY
124 West Capitol Avenue
Suite 1900
Little Rock, Arkansas 72201

### NOTICE

You are hereby notified that a lawsuit has been filed against you; the relief asked is stated in the attached Complaint. Within thirty (30) days after service of this summons on you (not counting the day you received it) or sixty (60) days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas; you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or the plaintiff's attorney whose name and address are as follows:

F. Mattison Thomas, III
Attorney at Law
103 East Main Street, Suite D
El Dorado, AR 71730

If you fail to respond within the applicable time period, judgment by default will be entered against you for the relief demanded in the complaint.

Additional notices: _____.

Witness my hand and seal of this Court this __10th__ day of __April__, 2014.

Cheryl Wilson, Circuit Clerk

By: _____ D.C.

ADDRESS OF CLERK'S OFFICE
Union County Courthouse
101 n. Washington, Suite 201
El Dorado, Arkansas 71731

Case No. _____.

This summons is for _____.

## PROOF OF SERVICE

☐ I personally delivered the summons and complaint to the individual at _____ on _____.

☐ I left the summons and complaint in the proximity of the individual by _____ _____ after he/she refused to receive it when I offered it to him/her; or

☐ I left the summons and complaint a the individuals dwelling house or usual place of abode at _____ with _____, a person at least 14 years of age who resides there, on _____; or

☐ I delivered the summons and complaint to _____, an agent authorized by appointment or by law to receive service of Summons on behalf of _____ on _____; or

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint first class mail tot eh defendant together with two copies of a notice and acknowledgement and received the attached notice and acknowledgement form within twenty (20) days after the date of mailing.

☐ Other: _____

☐ I was unable to execute service because: _____ _____.

My fee is $ _____

**TO BE COMPLETED IF SERVICE BY SHERIFF OR DEPUTY SHERRIF:**

MIKE MCGOUGH
UNION COUNTY SHERIFF

By: _____
Printed name of Deputy Sheriff and badge number

DATE: _____

**TO BE COMPLETED IF SERVICE IS BY A PERSON OTHER THAN A SHERIFF OR DEPUTY SHERIFF:**

By: _____
Signature of server

_____
Printed name of server

_____
Date

Address: _____
Phone: _____

Additional information regarding service or attempted service: _____

_____

STATE OF ARKANSAS
County of _____

Subscribed and sworn to before me on this _____ day of _____, 2014.

_____
Notary Public
My commission expires: _____

IN THE CIRCUIT COURT OF UNION COUNTY, ARKANSAS
CIVIL DIVISION

JAMES LLOYD                                                                    PLAINTIFF

VS.                    CV-2014-01026

CLEAN HARBORS EL DORADO, LLC                                  DEFENDANTS

## COMPLAINT

COMES NOW, Plaintiff, James Lloyd, by and through his attorney F. Mattison Thomas, III, and for this his complaint against the defendant, Clean Harbors El Dorado, LLC, does hereby state and allege the following:

1. Plaintiff James Lloyd is a citizen and resident of Farmerville, Union Parish, Louisiana.

2. Clean Harbors EL Dorado, LLC is a foreign limited liability company operating a facility in El Dorado, Union County, Arkansas.

3. On or about October 12, 2013 while Plaintiff was employed by M.L. Smith, Inc., a contractor working within the Clean Harbors facility in El Dorado, Arkansas, Mr. Lloyd was carrying an object walking along a elevated surface, known as a man way, this man way was connected to the defendant's facility, when he encountered a gap at the end of the man way without a tow board as required by OSHA, *29 CFR 1910 et seq.* Further, this platform did not conform to the requirements of the Arkansas Department of Labor safety codes set forth in *Basic Safety Manual No. 1*, safety code No. 9, which covers scaffolds and man lifts. The walkway without sufficient tow board and a gap at the end of the walkway, which could cause injury, is in violation of all those standards and a dangerous condition of which the defendant knew or should have know of.



FILED
4-10-2014 @ 9:45 a.m.
CHERYL COCHRAN - WILSON, CLERK
BY _____ D.C.

4. The Defendant knew or should have known the non-conforming condition of its man way attached to its facility. The Defendant was required to maintain its facility in a safe manner and in compliance with the regulations listed above. Failure to do so is negligence.

5. As a direct and proximate cause of the negligence of the Defendant, Plaintiff James Lloyd, while carrying an object, stepped through the unsafe gap causing injuries to his left knee. These injuries constitute personal injuries, which required medical treatment. It is believed by the Plaintiff that these injuries will require additional medical treatment in the future and as a result of these injuries, James Lloyd has suffered a loss of both past and future earnings, a loss of the capacity to earn in the future, pain, suffering, mental anguish, all of which have occurred in the past and are reasonably likely to recur in the future.

6. Plaintiff demands a jury trial in this matter.

WHEREFORE, premises considered, Plaintiff James Lloyd prays judgment against Clean Harbors El Dorado, LLC in an amount to be determined by a jury in excess of that which is required for diversity jurisdiction, attorney's fees, costs and any and all other relief which this Court deems just and proper.

                                                F. MATTISON THOMAS, III
                                                Attorney at Law
                                                103 East Main, Suite D
                                                El Dorado, Arkansas 71730
                                                Telephone:   870-881-8468
                                                Facsimile:    870-881-8416

By: _____
                                                F. Mattison Thomas, III
                                                Arkansas Bar No. 2002-007

IN THE CIRCUIT COURT OF UNION COUNTY, ARKANSAS

JAMES LLOYD                                                                                                       PLAINTIFF

vs.                                         Case No. CV-2014-0102-6

CLEAN HARBORS EL DORADO, LLC                                                                  DEFENDANT

### ANSWER

COMES Defendant, Clean Harbors El Dorado, LLC, and for its Answer to Plaintiff's Complaint, states:

1.  Defendant does not have sufficient information to admit or deny the allegations of paragraph 1 of Plaintiff's Complaint therefore it denies said allegations.

2.  Defendant admits allegations in paragraph 2 of Plaintiff's Complaint.

3.  Defendant admits that Plaintiff was employed by M.L. Smith, Inc. a contractor working with Clean Harbors' facility in El Dorado. Defendant denies the remaining allegations of paragraph 3 not otherwise admitted.

4.  Defendant denies the allegations of paragraph 4 of Plaintiff's Complaint.

5.  Defendant denies the allegations of paragraph 5 of Plaintiff's Complaint.

6.  Defendant joins with Plaintiff in demanding a jury trial of the factual issues presented in this lawsuit.

7.  Defendant alleges that Plaintiff was guilty of fault which was a proximate cause of the damages and injuries which he alleges.

8.  Defendant alleges that comparative fault on the Plaintiff should act as a bar or diminution to any recovery by him in this lawsuit.

9.  Defendant alleges that it is entitled to all the defenses available to it under the provisions of Rule 12(b) of the Arkansas Rules of Civil Procedure to wit:

    (a) Lack of jurisdiction over the subject matter,

    (b) lack of jurisdiction over the person,

    (c) improper venue,

    (d) insufficiency of process,

    (e) insufficiency of service of process,

    (f) failure to state facts upon which relief can be granted,

    (g) failure to join a party under Rule 19.

10. Defendant alleges that the injuries and damages of Plaintiff, if any, were proximately caused by negligence or fault on the part of persons or entities who are not parties to this litigation, over whose conduct this Defendant had no control, and for whose conduct this Defendant had no legal responsibility.

WHEREFORE, having fully answered, Defendant prays that the Complaint of Plaintiff be dismissed as to it, for its costs and all other proper relief.

                              Respectfully submitted,

                              BARBER, MCCASKILL, JONES & HALE, P.A.
                              2700 Regions Center
                              400 W. Capitol Avenue
                              Little Rock, AR 72201
                              501-372-6175

                              By: _____
                                  John S. Cherry, Jr. #66012
                                  ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I, John S. Cherry, Jr., hereby state that I have served a copy of the above pleading to the following on the _13_ day of May, 2014, via email and U.S. Mail.

F. Mattison Thomas, III
103 E. Main, Suite D]
El Dorado, AR 71730
**Attorney for Plaintiff**

                              _____
                              John S. Cherry, Jr.

2