IN THE CIRCUIT COURT OF UNION COUNTY, ARKANSAS
CIVIL DIVISION

JAMES LLOYD                                                        PLAINTIFF

VS.                    CV-2014- 01026

CLEAN HARBORS EL DORADO, LLC                              DEFENDANTS

## COMPLAINT

COMES NOW, Plaintiff, James Lloyd, by and through his attorney F. Mattison Thomas, III, and for this his complaint against the defendant, Clean Harbors El Dorado, LLC, does hereby state and allege the following:

1.      Plaintiff James Lloyd is a citizen and resident of Farmerville, Union Parish, Louisiana.

2.      Clean Harbors EL Dorado, LLC is a foreign limited liability company operating a facility in El Dorado, Union County, Arkansas.

3.      On or about October 12, 2013 while Plaintiff was employed by M.L. Smith, Inc., a contractor working within the Clean Harbors facility in El Dorado, Arkansas, Mr. Lloyd was carrying an object walking along a elevated surface, known as a man way, this man way was connected to the defendant's facility, when he encountered a gap at the end of the man way without a tow board as required by OSHA, *29 CFR 1910 et seq.* Further, this platform did not conform to the requirements of the Arkansas Department of Labor safety codes set forth in *Basic Safety Manual No. 1*, safety code No. 9, which covers scaffolds and man lifts. The walkway without sufficient tow board and a gap at the end of the walkway, which could cause injury, is in violation of all those standards and a dangerous condition of which the defendant knew or should have know of.

**FILED**

4-10-2014 ⊙ 9145a.m.
CHERYL COCHRAN - WILSON, CLERK
BY _____ D.C.

4.     The Defendant knew or should have known the non-conforming condition of its man way attached to its facility. The Defendant was required to maintain its facility in a safe manner and in compliance with the regulations listed above. Failure to do so is negligence.

5.     As a direct and proximate cause of the negligence of the Defendant, Plaintiff James Lloyd, while carrying an object, stepped through the unsafe gap causing injuries to his left knee. These injuries constitute personal injuries, which required medical treatment. It is believed by the Plaintiff that these injuries will require additional medical treatment in the future and as a result of these injuries, James Lloyd has suffered a loss of both past and future earnings, a loss of the capacity to earn in the future, pain, suffering, mental anguish, all of which have occurred in the past and are reasonably likely to recur in the future.

6.     Plaintiff demands a jury trial in this matter.

WHEREFORE, premises considered, Plaintiff James Lloyd prays judgment against Clean Harbors El Dorado, LLC in an amount to be determined by a jury in excess of that which is required for diversity jurisdiction, attorney's fees, costs and any and all other relief which this Court deems just and proper.

F. MATTISON THOMAS, III
Attorney at Law
103 East Main, Suite D
El Dorado, Arkansas 71730
Telephone:   870-881-8468
Facsimile:   870-881-8416

By: _____

F. Mattison Thomas, III
Arkansas Bar No. 2002-007

 CT Corporation

**Service of Process Transmittal**
04/15/2014
CT Log Number 524777043

**TO:** Michael McDonald
Clean Harbors, Inc.
42 Longwater Drive
Norwell, MA 02061-9149

**RE:** **Process Served in Arkansas**

**FOR:** Clean Harbors El Dorado, LLC (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | James Lloyd, Pltf. vs. Clean Harbors El Dorado, LLC, Dft. |
| **DOCUMENT(S) SERVED:** | Letter, Summons, Proof of Service, Complaint |
| **COURT/AGENCY:** | Union County Circuit Court, AR<br>Case # CV201401026 |
| **NATURE OF ACTION:** | Employee Litigation - Personal Injury - On or about 10/12/2013 |
| **ON WHOM PROCESS WAS SERVED:** | CT Corporation System, Little Rock, AR |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 04/15/2014 postmarked: "Not Post Marked" |
| **JURISDICTION SERVED :** | Arkansas |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days, not counting the day of receipt |
| **ATTORNEY(S) / SENDER(S):** | F. Mattison Thomas, III<br>Attorney at Law<br>103 East Main<br>Suite D<br>El Dorado, AR 71730<br>870-881-8468 |
| **ACTION ITEMS:** | CT will retain the current log<br>Image SOP<br>Email Notification, Michael McDonald mcdonaldm@cleanharbors.com<br>Email Notification, Brad Carl brad.carl@safety-kleen.com<br>Email Notification, Lisa Young young.lisa@cleanharbors.com<br>Email Notification, Allison Richman richman.allison@cleanharbors.com |
| **SIGNED:**<br>**PER:**<br>**ADDRESS:**<br><br>**TELEPHONE:** | CT Corporation System<br>Amy McLaren<br>124 West Capitol Avenue<br>Suite 1900<br>Little Rock, AR 72201-3736<br>800-592-9023 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

F. Mattison Thomas, III
Attorney at Law
103 East Main, Suite D
El Dorado, AR  71730



7011 2970 0002 9175 9389

RESTRICTED DELIVERY

Clean Harbors El Dorado LLC
c/o The Corporation Company
124 West Capitol Avenue
Suite 1900
Little Rock, AR  72201

$5.80
US POS
PRIORITY

071V0074
71730
000010446

$5.80
US POS
PRIORIT

071V007
71730
000010445

$0.34
US PO
FIRST-C

071V007
71730
000010448

72201371775

# F. Mattison Thomas, III

## Attorney at Law

103 East Main, Suite D
El Dorado, Arkansas  71730
Email: matt@southarklegal.com

Telephone: 870-881-8468

Facsimile: 870-881-8416

April 9, 2014

**Certified Mail 7011 2970 0002 9175 9389**
**Return Receipt Requested / Restricted Delivery**

Clean Harbors El Dorado, LLC
The Corporation Company
124 West Capitol Avenue
Suite 1900
Little Rock, AR  72201

> Re:    James Lloyd v. Clean Harbors El Dorado, LLC
>          Union County CV 2014-

Dear Sirs:

Please be advised that I represent James Lloyd in the above captioned matter.  You will find attached a summons issued to you with a copy of the Complaint filed against you.  Your receipt of this letter with summons and complaint constitutes service of process.

You have thirty (30) days after receipt of this letter to file an answer or other appropriate pleading in this cause of action; otherwise, a default judgment may be taken against you as prayed for in the petition.

You are certainly free and advised to consult an attorney regarding this matter and the enclosed documents.

If you have any questions or comments, please do not hesitate to contact me.

Very truly yours

F. Mattison Thomas, III

FMTIII/ht
Attachment
cc: James Lloyd

# IN THE CIRCUIT COURT OF UNION COUNTY, ARKANSAS
## CIVIL DIVISION

## S U M M O N S

**JAMES LLOYD**                                                                    **PLAINTIFF**

**vs.**                                         CV 2014-_0102 - 6_

**CLEAN HARBORS EL DORADO, LLC**                                     **DEFENDANT**

**To the above named Defendant:**   **CLEAN HARBORS EL DORADO, LLC**
**c/o THE CORPORATION COMPANY**
**124 West Capitol Avenue**
**Suite 1900**
**Little Rock, Arkansas  72201**

### N O T I C E

You are hereby notified that a lawsuit has been filed against you; the relief asked is stated in the attached Complaint.  Within thirty (30) days after service of this summons on you (not counting the day you received it) or sixty (60) days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas; you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or the plaintiff's attorney whose name and address are as follows:

F. Mattison Thomas, III
Attorney at Law
103 East Main Street, Suite D
El Dorado, AR 71730

If you fail to respond within the applicable time period, judgment by default will be entered against you for the relief demanded in the complaint.

Additional notices: _____.

Witness my hand and seal of this Court this _10th_ day of _April_____, 2014.

Cheryl Wilson, Circuit Clerk

By:_____

**ADDRESS OF CLERK'S OFFICE**
Union County Courthouse
101 n. Washington, Suite 201
El Dorado, Arkansas 71731

Case No. _____.

This summons is for _____.

## PROOF OF SERVICE

☐ I personally delivered the summons and complaint to the individual at

_____ on _____.

☐ I left the summons and complaint in the proximity of the individual by _____

_____ after he/she refused to receive it when I

offered it to him/her; or

☐ I left the summons and complaint a the individuals dwelling house or usual place

of abode at _____ with

_____, a person at least 14 years of age who

resides there, on _____; or

☐ I delivered the summons and complaint to _____,

an agent authorized by appointment or by law to receive service of Summons on

behalf of _____on _____; or

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I

served the summons and complaint on the defendant by certified mail, return

receipt requested, restricted delivery, as shown by the attached signed return

receipt.

☐ I am the plaintiff in this lawsuit, and I mailed a copy of the summons and

complaint first class mail tot eh defendant together with two copies of a notice

and acknowledgement and received the attached notice and acknowledgement

form within twenty (20) days after the date of mailing.

☐ Other: _____

☐ I was unable to execute service because: _____

_____.

My fee is $ _____

**TO BE COMPLETED IF SERVICE BY SHERIFF OR DEPUTY SHERRIF:**

MIKE MCGOUGH
UNION COUNTY SHERIFF

By: _____
Printed name of Deputy Sheriff and badge number

DATE: _____

**TO BE COMPLETED IF SERVICE IS BY A PERSON OTHER THAN A SHERIFF OR DEPUTY SHERIFF:**

By: _____
Signature of server

_____
Printed name of server

_____
Date

Address: _____
Phone: _____

Additional information regarding service or attempted service: _____
_____

STATE OF ARKANSAS
County of _____

Subscribed and sworn to before me on this _____ day of _____, 2014.

_____
Notary Public
My commission expires: _____